# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL SAMUEL SOLID,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 71809

**FILED**

JUN 08 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF REVERSAL AND REMAND

This is an appeal from a judgment of conviction, pursuant to a jury trial, of conspiracy to commit robbery, robbery, and murder with use of a deadly weapon. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Appellant argues that the district court committed structural error when it dismissed veniremembers before resolving his objections pursuant to *Batson v. Kentucky*, 476 U.S. 79 (1986). We agree.

We have held that the dismissal of veniremembers before a *Batson* hearing "ha[s] the same effect as a racially discriminatory peremptory challenge" and "constitutes structural error that [is] intrinsically harmful to the framework of the trial." *Brass v. State*, 128 Nev. 748, 754, 291 P.3d 145, 149 (2012). In so holding, we noted our concerns that premature dismissal leaves the successful opponent of a peremptory challenge with limited recourse and may possibly "present the appearance of improper judicial bias." *Id.* at 753 n.4, 754, 291 P.3d at 149 n.4, 149. While the State urges us to reconsider and apply harmless-error review, we conclude there are no compelling reasons to overturn our precedent. *See Armenta-Carpio v. State*, 129 Nev. 531, 535, 306 P.3d 395, 398 (2013) ("Under the doctrine of *stare decisis*, we will not overturn precedent absent compelling reasons for doing so." (quotation marks and alterations omitted)).

18-21951

Here, the record demonstrates that defense counsel objected to the State's peremptory challenge of a veniremember, and that the district court dismissed the veniremember without first conducting a *Batson* hearing. Consistent with *Brass*, we conclude that the district court's premature dismissal of the challenged veniremember before conducting a *Batson* hearing constitutes structural error. Accordingly, we

ORDER the judgment of conviction REVERSED AND REMAND this matter to the district court for further proceedings consistent with this order.[1]

_____, C.J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]In light of our conclusion in this matter, we need not reach appellant's other arguments on appeal.

cc:    Hon. Valerie Adair, District Judge
Special Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth Judicial District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A